IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

JULIO JOSE LEON SANCHEZ,

          Defendant.

ORDER

06-cr-88-wmc-1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A hearing on the probation office's petition for judicial review of Julio Jose Leon Sanchez's supervised release was held on October 23, 2013, before U.S. District Judge William M. Conley. At that time, the court determined that Mr. Sanchez violated Standard Condition No. 3, which was good grounds for revocation, but postponed doing so formally and the imposition of a sentence to up to 60 days to allow Mr. Sanchez an opportunity to demonstrate his compliance with his conditions of supervised release. On December 16, 2013, the Court reconvened for the purpose of sentencing Mr. Sanchez. The government appeared by Assistant U.S. Attorney Elizabeth G. Altman. The defendant was present in person and by counsel, Associate Federal Defender Kelly A. Welsh. Also present was U.S. Probation Officer Shawn P. Robinson.

Although the defendant has been seen by Dr. Thomas Moran, a psychologist, on more then one occasion since the October 23rd hearing, he has not yet met with Dr. Kenneth Herman, the designated psychiatrist because of scheduling conflicts. In addition, an altercation occurred on November 29, 2013, between defendant and his ex-girlfriend, which is now the subject of state court proceedings.

Accordingly, the court will again postpone rendering a sentence and adjourn this hearing for a period of 30 days. This delay will allow further time for the defendant to demonstrate by his actions, his willingness to comply with psychological and psychiatric treatment to address his apparent mental illness. In addition to continuing to comply with his conditions of supervised release, the defendant must continue to comply with the treatment recommendations of the mental health professionals and take any medications prescribed by the licensed medical provider unless relieved of that obligation by the court.

ORDER

IT IS ORDERED that the judicial review is CONTINUED until January 15, 2014, at 1:00 p.m. In the interim, defendant must continue to comply with his conditions of supervised release, comply with the treatment recommendations of the mental health professionals and take any medications prescribed by the licensed medical provider unless relieved of that obligation by the court.

Entered this 16th day of December 2013

BY THE COURT:

_____
William M. Conley
U.S. District Judge