IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,                                ORDER

           Plaintiff,

                                                    06-cr-88-wmc

   v.

JULIO JOSE LEON SANCHEZ,

           Defendant.

---

A further hearing on the probation office's petition for judicial review of Julio Jose Leon Sachez's supervised release was held on January 16, 2014, before U.S. District Judge William M. Conley. The government appeared by Assistant U.S. Attorney Laura Przybylinski-Finn. The defendant was present in person and by counsel, Associate Federal Defender Kelly A. Welsh. Also present was U.S. Probation Officer Shawn P. Robinson. The court ruled as follows.

This is now the third time the petition has been before the court. The first two times, the matter was continued to arrange for defendant's psychiatric evaluation by Dr. Kenneth Herman. The court is now in receipt of Dr. Herman's January 6, 2014, report, recommending that while no definitive diagnosis can be made because of "the lack of symptomology at this point," Dr. Moran should be given "some time to work with him," and that "if other issues come up in which he might benefit from medication, then Dr. Moran could refer him back." Given the defendant's recent improvement in his mental health and compliance with the terms and conditions of release, the Probation Officer

1

indicated that he now concurred in that recommendation, despite good grounds having been found to revoke.

In light of the defendant's apparent lack of "decomposition" and potential for further, longer term improvement as reported by Drs. Herman and Moran, the court will deny the petition at this time and continue the defendant on supervised release subject to the terms and conditions set forth below.

ORDER

IT IS ORDERED that the petition for judicial review dated May 22, 2013, is DENIED, subject to defendant Julio Jose Leon Sanchez's strict compliance with the existing conditions of his supervised release, including following the treatment recommendations of his mental health professionals and taking any medications prescribed by a licensed medical provider unless relieved of that obligation by this court.

Entered this 16th day of January, 2014.

BY THE COURT:

WILLIAM M. CONLEY
District Judge